UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD WHITE,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF SACRAMENTO et al.,<br><br>            Defendants. | No.  2:14-cv-1293 DAD P<br><br><br><u>ORDER</u> |

Plaintiff is a state inmate proceeding pro se with an action under 42 U.S.C. § 1983.  He has consented to the magistrate judge's jurisdiction under 28 U.S.C. § 636(c).

By order filed August 13, 2014, plaintiff's complaint was dismissed for failure to state a claim with plaintiff being granted thirty days' leave to file an amended complaint.  Plaintiff was apprised that failure to file an amended complaint within the time allowed could result in an order that his case be dismissed under Federal Rule of Civil Procedure 41(b).  (Order (Doc. No. 11) at 5.)  The thirty-day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

/////

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

2 <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3 Dated:  October 20, 2014

5 hm/whit1293.fta

```
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE
```